**BOARD OF COMMISSIONERS FOR the LAFOURCHE BASIN LEVEE DISTRICT**

v.

**Dr. William J. ELMER et al.**

**No. 52967.**

Nov. 21, 1972.

Writ refused. Judgment not final.

268 So.2d 675

**William INABNET**

v.

**PAN AMERICAN LIFE INSURANCE COMPANY.**

**No. 52966.**

Nov. 21, 1972.

Writ denied; as to this applicant, there is no error of law.

268 So.2d 675

**STATE of Louisiana ex rel. Wayne MORRIS et al.**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52962.**

Nov. 21, 1972.

Application denied. The showing made does not warrant the exercise of our jurisdiction, as letters from Clerk of District Court show there is no record that relators have filed applications in the District Court.